PILLSBURY WINTHROP SHAW PITTMAN LLP
KATHY A. JORRIE (SBN 121578)
kathy.jorrie@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
jeffrey.wexler@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Telephone:      213.488.7100
Facsimile:      213.629.1033

Attorneys for Defendant AEG Presents LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PT MARYGOPS STUDIOS, an Indonesia limited liability company,<br><br>                 Plaintiff,<br><br>        vs.<br><br>AEG PRESENTS LLC, a Delaware limited liability company; and DOES 1 through 20,<br><br>                 Defendants. | Case No.:  2:19-CV-1381<br><br>**NOTICE OF REMOVAL FROM THE SUPERIOR COURT OF THE STATE OF CALIFORNIA FOR THE COUNTY OF LOS ANGELES PURSUANT TO 28 U.S.C. §§ 1332(a)(2), 1441(b), AND 1446 (DIVERSITY JURISDICTION)** |

4842-9857-6008.v1

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that defendant AEG Presents LLC ("AEG") hereby removes to this Court the state court action described below pursuant to 28 U.S.C. §§ 1332(a)(2), 1441(b), and 1446.

1.    On January 17, 2019, plaintiff PT Marygops Studios ("Plaintiff") filed a Complaint (the "Complaint") in the Superior Court of the State of California for the County of Los Angeles entitled *PT Marygops Studios v. AEG Presents LLC, et al.*, Case No. 19STCV01691 (the "Action").  Attached hereto are true and correct copies of all of the documents from the Superior Court's files in the Action, comprised of (a) the Complaint and all of the other process, pleadings, and orders served on AEG in the Action, (b) the proof of service of Summons and Complaint filed on January 29, 2019, and (c) the Answer filed by AEG on February 22, 2019.

2.    The Complaint names as defendants: (a) AEG Presents LLC; and (b) Does 1 through 20.

3.    The first date upon which AEG received a copy of the Complaint and the Summons thereon was January 24, 2019, when AEG was served with a copy of such Complaint and Summons by Plaintiff.

4.    This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within 30 days of the date that AEG first received the Complaint and the Summons thereon (extending the filing deadline until Monday, February 25, 2019 because the 30th day after the date of service fell on a weekend).

5.    Pursuant to 28 U.S.C. § 1446(d), AEG will promptly: (a) provide Plaintiff with written notice of removal of the Action; and (b) file a copy of this Notice with the Los Angeles Superior Court Clerk.

6.    This Court has diversity jurisdiction over the Action pursuant to 28 U.S.C. § 1332(a)(2) because, as alleged in more detail below: (a) AEG is a citizen of a

4842-9857-6008.v1

state, and Plaintiff is a citizen of a foreign state; and (b) the matter in controversy, exclusive of interest and costs, exceeds $75,000.

7.    AEG is a Delaware limited liability company with its principal place of business in Los Angeles, California.  For purposes of diversity jurisdiction, the citizenship of a limited liability company is based upon the citizenship of its members, without regard to its principal place of business.  AEG's sole member is Anschutz Entertainment Group, Inc., which is, and at all times relevant was, a Colorado corporation with its principal place of business in Los Angeles, California.  Thus, AEG is, and at all times relevant was, a citizen of the states of Colorado and California.

8.    The only other defendants named in the complaint are fictitiously named defendants.  According to 28 U.S.C. § 1441(a), for removal purposes, "the citizenship of defendants sued under fictitious names shall be disregarded."

9.    Plaintiff is an Indonesia limited liability company and is headquartered in Jakarta, Indonesia, *see* Complaint, ¶ 1, and it therefore is a citizen of Indonesia for purposes of diversity jurisdiction.

10.    The Complaint does not allege a dollar amount being sought by Plaintiff.  Instead, the Complaint seeks "general and compensatory damages in an amount according to proof at trial," Prayer to Complaint, ¶ 1, and it alleges that damages are "in an amount in excess of this Court's jurisdiction, to be proved at trial," Complaint, ¶ 22.

11.    However, in a November 10, 2017 e-mail, N Sreenivasan SC of Straits Law Practice LLC, counsel for Plaintiff in Indonesia, provided Jason Bernstein, in-house counsel for AEG, with a list that itemized $270,444.44 in Plaintiff's claimed out-of-pocket losses.

12.    Thus, as of the date that Plaintiff filed its Complaint and as of the date of filing of this Notice of Removal, the matter in controversy exceeded the sum or value of $75,000, exclusive of interest and costs.

3

4842-9857-6008.v1

1    13.    As alleged above, Plaintiff is, and was at the time it commenced the

2    action, a citizen of Indonesia.  *See* Complaint, ¶ 1.

3    14.    As alleged above, AEG is, and was at the time Plaintiff commenced the

4    action, a citizen of Colorado and California for purposes of diversity jurisdiction.

5    15.    As alleged above, Plaintiff's naming of 20 fictitious "Doe" defendants

6    without identifying their residence has no effect on the diversity analysis in this case.

7    *See* 28 U.S.C. § 1441(a) ("[f]or purposes of removal under this chapter, the citizenship

8    of defendants sued under fictitious names shall be disregarded"); *Cripps v. Life Ins.*

9    *Co. of North America*, 980 F.2d 1261, 1266 (9th Cir. 1992) (acknowledging that "Doe"

10    defendants "shall be disregarded for jurisdictional purposes") (citing Section 1441(a)).

11    16.    The United States District Court for the Central District of California,

12    Western Division embraces Los Angeles County, the county in which the Action is

13    now pending.  Therefore, this Division of this Court is a proper venue for this Action

14    pursuant to 28 U.S.C. § 84(c)(2) and 1441(a).

15    WHEREFORE, AEG respectfully removes this action from the Superior Court

16    of the State of California for the County of Los Angeles to this Court, pursuant to

17    28 U.S.C. §§ 1441(b) and 1446.

18

19    Dated:  February 25, 2019                    PILLSBURY WINTHROP SHAW
                                                      PITTMAN LLP
20                                                  KATHY A. JORRIE
                                                    JEFFREY D. WEXLER
21

22                                                    /s/ Kathy A. Jorrie
                                              _____
23                                           By:  Kathy A. Jorrie
                                                  Attorneys for Defendant
                                                  AEG Presents LLC
24

25

26

27

28

4