1 PILLSBURY WINTHROP SHAW PITTMAN LLP
KATHY A. JORRIE (SBN 121578)
2 kathy.jorrie@pillsburylaw.com
JEFFREY D. WEXLER (SBN 132256)
3 jeffrey.wexler@pillsburylaw.com
725 South Figueroa Street, Suite 2800
4 Los Angeles, CA 90017-5406
Telephone:  213.488.7100
5 Facsimile:  213.629.1033

6 Attorneys for Plaintiff
AEG Presents LLC

7

8  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  COUNTY OF LOS ANGELES, CENTRAL DISTRICT

| | |
|---|---|
| PT MARYGOPS STUDIOS, an Indonesia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AEG PRESENTS LLC, a Delaware limited liability company; and DOES 1 through 20,<br><br>Defendants. | Case No. 19STCV01691<br><br>**DEFENDANT AEG PRESENTS LLC'S ANSWER TO COMPLAINT**<br><br>Judge:  Hon. John P. Doyle, Dept. 58<br><br>Action Filed:  January 17, 2019 |

Pursuant to Cal. Civ. Proc. Code § 431.30, Defendant AEG Presents LLC answers the Complaint for Breach of Contract (the "Complaint") filed by Plaintiff PT Marygops Studios ("Plaintiff") on January 17, 2019 by admitting, denying, and alleging as follows:

## GENERAL DENIAL

Pursuant to Cal. Civ. Proc. Code § 431.30(d), AEG denies, generally and specifically, each and every allegation in Plaintiff's unverified Complaint.

## AFFIRMATIVE DEFENSES

Without waiving the foregoing general and specific denial, AEG, as and for its separate affirmative defenses to the Complaint, alleges as follows:

## FIRST AFFIRMATIVE DEFENSE

### (Contractual *Force Majeure* Provision)

1. The Complaint and the cause of action therein are barred by the *force majeure* provision in the May 22, 2017 Deal Memo on which Plaintiff bases its claim. Under the contractual *force majeure* provision, the injury to the Artist was a Force Majeure Event that made it impractical and/or impossible for AEG to furnish the Artist to perform at the scheduled concert, and, as a result: (a) cancellation of the concert did not constitute a breach of the Deal Memo; and (b) each party was responsible for its own costs in the event of such cancellation.

## SECOND AFFIRMATIVE DEFENSE

### (Common Law *Force Majeure* / Excuse)

2. The Complaint and the cause of action therein are barred because AEG's performance was excused under the common law doctrine of *force majeure* because the injury to the Artist made AEG unable to furnish the Artist to perform at the scheduled concert.

## THIRD AFFIRMATIVE DEFENSE

### (Laches)

3. The Complaint and the cause of action therein are barred in whole or in part by the doctrine of laches. Plaintiff knew of the facts underlying its Complaint by November 2017, but it did not file suit until January 2019.

### FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

4. The Complaint and the cause of action therein are barred in whole or in part by the doctrine of waiver.

### FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

5. Plaintiff has unclean hands because its representative asked AEG to withhold information about the cancellation (which AEG refused to do) so that the representative could seek to obtain a cancellation insurance policy after the cancellation.

### SIXTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

6. If Plaintiff sustained any damages by reasons of the acts or omissions alleged in the Complaint, Plaintiff has failed to mitigate such damages.

### SEVENTH AFFIRMATIVE DEFENSE

### (Reservation of Rights)

7. AEG cannot fully anticipate at this time all defenses that may be applicable. Accordingly, AEG reserves the right to assert additional affirmative defenses if, and to the extent, such affirmative defenses are later discovered and found to be applicable.

WHEREFORE, AEG prays as follows:

1. That judgment be awarded in favor of AEG and against Plaintiff and that the Complaint be dismissed in its entirety with prejudice;
2. That Plaintiff take nothing by way of its Complaint;
3. For costs of suit herein; and

4. For such other and further relief as this Court deems just and proper.

Dated:  February 22, 2019

PILLSBURY WINTHROP SHAW PITTMAN LLP
KATHY A. JORRIE
JEFFREY D. WEXLER

By:   /s/ Kathy A. Jorrie
    Kathy A. Jorrie, Attorneys for Defendant AEG Presents LLC

Docket No. 19STCV01691

<u>PROOF OF SERVICE BY MAIL</u>

I, Irma L. Magaña, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Los Angeles, California.

2. My business address is 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406.

3. My mailing address is 725 South Figueroa Street, Suite 2800 Los Angeles, CA 90017-5406.

4. I am familiar with Pillsbury Winthrop Shaw Pittman LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

5. On February 22, 2019, at 725 South Figueroa Street, Suite 2800, Los Angeles, CA 90017-5406, I served a true copy of the attached document(s) titled exactly **DEFENDANT AEG PRESENTS LLC'S ANSWER TO COMPLAINT** by placing it/them in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below, and placed in interoffice mail for collection and deposit in the United States Postal Service on that date following ordinary business practices:

> Allen B. Grodsky, Esq.
> John J. Metzidis, Esq.
> GRODSKY & OLECKI LLP
> 2001 Wilshire Blvd., Suite 210
> Santa Monica, CA 90403

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of February, 2019, at Los Angeles, California.

_____
Irma L. Magaña