1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   KATHY A. JORRIE (SBN 121578)
2  kathy.jorrie@pillsburylaw.com
   JEFFREY D. WEXLER (SBN 132256)
3  jeffrey.wexler@pillsburylaw.com
   725 South Figueroa Street, Suite 2800
4  Los Angeles, CA 90017-5406
   Telephone:     213.488.7100
5  Facsimile:     213.629.1033

6  Attorneys for Defendant AEG Presents LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PT MARYGOPS STUDIOS, an Indonesia limited liability company,<br><br>            Plaintiff,<br>   vs.<br><br>AEG PRESENTS LLC, a Delaware limited liability company; and DOES 1 through 20,<br><br>            Defendants. | Case No.:   2:19-CV-1381<br><br>**DEFENDANT AEG PRESENTS LLC'S DEMAND FOR JURY TRIAL [Fed. R. Civ. P. 38 and Local Rule 38-2]** |

Pursuant to Local Rule 38-2, defendant AEG Presents LLC hereby demands a jury trial, as provided by Rule 38 of the Federal Rules of Civil Procedure, on all claims that are triable to a jury.

Dated:  February 25, 2019

PILLSBURY WINTHROP SHAW PITTMAN LLP
KATHY A. JORRIE
JEFFREY D. WEXLER

By:  /s/ Kathy A. Jorrie
Kathy A. Jorrie
Attorneys for Defendant AEG Presents LLC