UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA   JS-6

WESTERN DIVISION

| | |
|---|---|
| PT MARYGOPS STUDIOS, an Indonesia limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>AEG PRESENTS LLC, a Delaware limited liability company; and DOES 1 through 20,<br><br>Defendants. | Case No. 2:19-cv-01381-SVW-KS<br><br>Before the Hon. Stephen V. Wilson, U.S. District Judge<br><br>[~~PROPOSED~~] ORDER REMANDING ACTION TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |

The Court, having considered the "Joint Stipulation for Order Remanding Action to State Court" (the "Stipulation") filed by Plaintiff PT Marygops Studios ("Plaintiff" and "Marygops Studios") and Defendant AEG Presents LLC ("Defendant" and "AEG"), and good cause appearing therefor, orders as follows:

1. The Stipulation is approved.

2. This action is hereby REMANDED to the Superior Court of California, County of Los Angeles, Case No. 19STCV01691, for all further proceedings.

3. The initial status conference scheduled for Monday, April 8, 2019 at 3:00 p.m. is hereby VACATED.

4. The Clerk of this Court is directed to close this file.

IT IS SO ORDERED.

Dated: March 21, 2019        By: _____
                                  Steven V. Wilson
                                  United States District Judge